2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

B-01-139

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC.<br>　　　Plaintiff, | §<br>§<br>§ |
| VS | § CIVIL ACTION NO. ___ |
| F/V 15 DE OCTUBRE I, F/V ESPERANZA V,<br>F/V CAMARONES DEL GOLFO XII,<br>F/V ROJIMAR I, F/V ROJIMAR II<br>F/V NELIDA DELIA, F/V DON BACHO,<br>F/V ESPERANZA III, F/V LAGUNA DE<br>PANLAO IX, F/V SAN ANTONIO II,<br>F/V TRITON IV, F/V TRITON I,<br>F/V DON CEFE, F/V ASTURIANO,<br>F/V MECOACAN II, F/V PONY CHIEF,<br>F/V ALHAMBRA II, F/V MOJAVE CHIEF,<br>F/V DON JUAN, F/V ANDRES GARCIA,<br>F/V KULKULKAN XIV, F/V TAURO,<br>F/V MARQUEZ VI, their engines,<br>tackle, apparel and furniture,<br>**IN REM**,　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
FILED

AUG 1 3 2001

Michael N. Milby
Clerk of Court

## AGREEMENT OF INDEMNITY

Plaintiff, VALLEY ICE & FUEL CO., INC., a Texas corporation with its principal place of business being located in Cameron County, Texas, hereby agrees to indemnify and hold harmless the U. S. Marshal of the Southern District of Texas, United States of America, any deputy, agent, servant, employee and the surety or sureties on the official bond of said U. S. Marshal, from and against all claims, demands and causes of action, direct or indirect, of every kind and character whatsoever, arising, directly or indirectly, by reason of the service of a Warrant of Arrest of the Defendant Vessels, F/V 15 DE OCTUBRE I, F/V ESPERANZA V, F/V

CAMARONES DEL GOLFO XII, F/V ROJIMAR I, F/V ROJIMAR II, F/V NELIDA DELIA, F/V DON BACHO, F/V ESPERANZA III, F/V LAGUNA DE PANLAO IX, F/V SAN ANTONIO II, F/V TRITON IV, F/V TRITON I, F/V DON CEFE, F/V ASTURIANO, F/V MECOACAN II, F/V PONY CHIEF, F/V ALHAMBRA II, F/V MOJAVE CHIEF, F/V DON JUAN, F/V ANDRES GARCIA, F/V KULKULKAN XIV, F/V TAURO, F/V MARQUEZ VI, their engines, nets, tackle, apparel, and furniture, **in rem**, and the subsequent redelivery of possession of the subject Vessels to the care and custody of Marine Salvage & Services, Inc. at its facility in Port Isabel, Texas, and agrees to reimburse the aforesaid, or any of them, for all expenses, including reasonable attorney fees incurred in defending against any such claim, demands or causes of action.

EXECUTED this _10_ day of August, 2001.

VALLEY ICE & FUEL CO., INC.,
Plaintiff

By: _____
DAVID EYMARD, President

## ACKNOWLEDGMENT

THE STATE OF TEXAS        §

COUNTY OF CAMERON     §

This instrument was acknowledged before me on the _10_ day of August, 2001 by DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., a Texas corporation.

_Christina Logan_
Notary Public, State of Texas

CHRISTINA LOGAN
Notary Public, State of Texas
My Commission Expires
June 14, 2005

My Commission Expires: _June 14, 2005_

---

Agreement of Indemnity