4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Valley Ice & Fuel Co. Inc., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-139 |
| | § | |
| F/V 15 De Octubre I, F/V Esperanza V, | § | |
| F/V Camarones Del Golfo XII, | § | |
| F/V Rojimar I, F/V Rojimar II, | § | |
| F/V Nelida Delia, F/V Don Bacho, | § | |
| F/V Esperanza III, F/V Laguna De | § | |
| Panlao IX, F/V San Antonio II, | § | |
| F/V Triton IV, F/V Triton I, F/V Don Cefe, | § | |
| F/V Asturiano, F/V Mecoacan II, | § | |
| F/V Pony Chief, F/V Alhambra II, | § | |
| F/V Mojave Chief, F/V Don Juan, | § | |
| F/V Andres Garcia, F/V Kulkulkan XIV, | § | |
| F/V Tauro, F/V Marquez VI, their engines, | § | |
| tackle, apparel and furniture, | § | |
| **in rem,** | § | |
| | § | |
| Defendants. | § | |

## ORDER TO ARREST VESSEL

1.  The United States Marshal for the Southern District of Texas is ordered to:

   A.  Arrest the F/V 15 De Octubre I, F/V Esperanza V, F/V Camarones Del Golfo XII, F/V Rojimar I, F/V Rojimar II, F/V Nelida Delia, F/V Don Bacho, F/V Esperanza III, F/V Laguna De Panlao IX, F/V San Antonio II, F/V Triton IV, F/V Triton I, F/V Don Cefe, F/V Asturiano, F/V Mecoacan II, F/V Pony Chief, F/V Alhambra II, F/V Mojave Chief, F/V Don Juan, F/V Andres Garcia, F/V Kulkulkan XIV, F/V Tauro, and F/V Marquez VI, their engines, tackle, apparel, and furniture;

   B.  Serve a copy of the complaint and the warrant for the seizure on the person

    in possession of the ship or his agent; and

  C.  Return the warrant promptly.

2. The vessels may be released from seizure without further order of this court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation, including attorneys for any Intervenors, and they consent to the release, (b) the attorney files the consent, and (c) the court has not entered an order to the contrary.

DONE at Brownsville, Texas, this _14_ day of August 2001.

          _____
          Hilda G. Tagle
          United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Valley Ice & Fuel Co. Inc., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-139 |
| | § | |
| F/V 15 De Octubre I, F/V Esperanza V, | § | |
| F/V Camarones Del Golfo XII, | § | |
| F/V Rojimar I, F/V Rojimar II, | § | |
| F/V Nelida Delia, F/V Don Bacho, | § | |
| F/V Esperanza III, F/V Laguna De | § | |
| Panlao IX, F/V San Antonio II, | § | |
| F/V Triton IV, F/V Triton I, F/V Don Cefe, | § | |
| F/V Asturiano, F/V Mecoacan II, | § | |
| F/V Pony Chief, F/V Alhambra II, | § | |
| F/V Mojave Chief, F/V Don Juan, | § | |
| F/V Andres Garcia, F/V Kulkulkan XIV, | § | |
| F/V Tauro, F/V Marquez VI, their engines, | § | |
| tackle, apparel and furniture, | § | |
| **in rem,** | § | |
| | § | |
| Defendants. | § | |

## Warrant To Seize Vessels

TO THE MARSHAL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS:

You are ordered to arrest the F/V 15 De Octubre I, F/V Esperanza V, F/V Camarones Del Golfo XII, F/V Rojimar I, F/V Rojimar II, F/V Nelida Delia, F/V Don Bacho, F/V Esperanza III, F/V Laguna De Panlao IX, F/V San Antonio II, F/V Triton IV, F/V Triton I, F/V Don Cefe, F/V Asturiano, F/V Mecoacan II, F/V Pony Chief, F/V Alhambra II, F/V Mojave Chief, F/V Don Juan, F/V Andres Garcia, F/V Kulkulkan XIV, F/V Tauro, F/V, and Marquez VI, their engines, tackle, apparel, and furniture, and to

serve a copy of the complaint and this warrant on the person in possession of the vessels or their agent, and promptly return your writ.

Dated: 8-14-01

MICHAEL MILBY, Clerk

By: _____
Deputy Clerk

ClibPDF - www.fastio.com