

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**AUG 1 4 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Valley Ice & Fuel Co. Inc., | § |
| | § |
| Plaintiff | § |
| | § |
| v. | §   CIVIL ACTION NO. B-01-139 |
| | § |
| F/V 15 De Octubre I, F/V Esperanza V, | § |
| F/V Camarones Del Golfo XII, | § |
| F/V Rojimar I, F/V Rojimar II, | § |
| F/V Nelida Delia, F/V Don Bacho, | § |
| F/V Esperanza III, F/V Laguna De | § |
| Panlao IX, F/V San Antonio II, | § |
| F/V Triton IV, F/V Triton I, F/V Don Cefe, | § |
| F/V Asturiano, F/V Mecoacan II, | § |
| F/V Pony Chief, F/V Alhambra II, | § |
| F/V Mojave Chief, F/V Don Juan, | § |
| F/V Andres Garcia, F/V Kulkulkan XIV, | § |
| F/V Tauro, F/V Marquez VI, their engines, | § |
| tackle, apparel and furniture, | § |
| **in rem,** | § |
| | § |
| Defendants. | § |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

It is ordered that:

1.   The Marine Salvage & Services, Inc. is appointed substitute custodian of the

F/V 15 De Octubre I, F/V Esperanza V, F/V Camarones Del Golfo XII, F/V Rojimar I,

F/V Rojimar II, F/V Nelida Delia, F/V Don Bacho, F/V Esperanza III, F/V Laguna De

Panlao IX, F/V San Antonio II, F/V Triton IV, F/V Triton I, F/V Don Cefe, F/V

Asturiano, F/V Mecoacan II, F/V Pony Chief, F/V Alhambra II, F/V Mojave Chief, F/V

Don Juan, F/V Andres Garcia, F/V Kulkulkan XIV, F/V Tauro, and F/V Marquez VI,

their engines, tackle, apparel, and furniture, and is granted leave to move the vessels to its

facilities in Port Isabel, Texas.

2.    The United States Marshal surrender possession of the vessels to the custodian.

3.    The United States Marshal will be held harmless for any loss, damage, injury or other damage that might occur to said vessels while under the care of Marine Salvage & Services.

4.    Upon transfer of custody of the vessels to Marine Salvage & Services, Inc. by the United States Marshal, Marine Salvage & Services Inc. will provide evidence of financial responsibility as required at 33 U.S.C. App. § 2716.

5.    All reasonable expenses incurred by the marshal and to be incurred by the substitute custodian, including the costs of maintaining adequate port risk insurance on the vessels, electricity, security, routine maintenance and inspection, maintenance of watertight integrity of the vessels, and reasonable rental fees for the slips, are administrative expenses and a first charge on the vessels to be paid from the proceeds of the sale.

6.    A copy of this order shall be served on the person in whose possession of the vessels when they were arrested.

DONE at Brownsville, Texas, this 14th day of August 2001.

Hilda G. Tagle
United States District Judge