IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Valley Ice & Fuel Co. Inc., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-139 |
| | § | |
| F/V 15 De Octubre I, F/V Esperanza V, | § | |
| F/V Camarones Del Golfo XII, | § | |
| F/V Rojimar I, F/V Rojimar II, | § | |
| F/V Nelida Delia, F/V Don Bacho, | § | |
| F/V Esperanza III, F/V Laguna De | § | |
| Panlao IX, F/V San Antonio II, | § | |
| F/V Triton IV, F/V Triton I, F/V Don Cefe, | § | |
| F/V Asturiano, F/V Mecoacan II, | § | |
| F/V Pony Chief, F/V Alhambra II, | § | |
| F/V Mojave Chief, F/V Don Juan, | § | |
| F/V Andres Garcia, F/V Kulkulkan XIV, | § | |
| F/V Tauro, F/V Marquez VI, their engines, | § | |
| tackle, apparel and furniture, | § | |
| **in rem,** | § | |
| | § | |
| Defendants. | § | |

*United States District Court*
*Southern District of Texas*
*ENTERED*

AUG 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER OF NOTICE**

The Court orders Plaintiff, Valley Ice & Fuel Co. Inc., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). A copy of the complaint and a copy of the order to arrest the vessels F/V 15 De Octubre I, F/V Esperanza V, F/V Camarones Del Golfo XII, F/V Rojimar I, F/V Rojimar II, F/V Nelida Delia, F/V Don Bacho, F/V Esperanza III, F/V Laguna De Panlao IX, F/V San Antonio II, F/V Triton IV, F/V Triton I, F/V Don Cefe, F/V Asturiano, F/V Mecoacan II, F/V Pony Chief, F/V Alhambra II, F/V Mojave Chief, F/V Don Juan, F/V Andres Garcia, F/V Kulkulkan XIV, F/V Tauro, and F/V Marquez VI shall be sent by certified mail to:

    (a)    the master or individual in charge of the vessels;

    (b)    any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim of an undischarged lien on the vessels; and

    (c)    a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels.

In addition, if the aforesaid vessels have not been released under Supplemental Rule for Certain Admiralty and Maritime Claims E(5) within ten days of execution of process, Plaintiff is ordered to publish public notice of the action and arrest in the *Brownsville Herald*. See Supplemental Rule of Admiralty and Maritime C(4).

This notice shall include that such persons claiming an interest in the seized property must file their verified claims with the Clerk of this Court within ten days after the earlier of (1) execution of this process or (2) completed publication of notice, or (3) within such additional time as may be allowed by the Court. In addition, the notice shall include that such persons must serve their answer within twenty (20) days after the filing of their claims. See Supplemental Rule of Admiralty and Maritime C(4) and (6)(b).

DONE at Brownsville, Texas, this 14th day of August 2001.

Hilda G. Tagle
United States District Judge