UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § § § | |
| versus § | CIVIL ACTION NO: B: 01-139 |
| § § | |
| F/V 15 DE OCTUBRE 1, ET AL § | |

United States District Court
Southern District of Texas
ENTERED

NOV 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Resetting Conference

The initial pre-trial conference set for *December 17, 2001,* has been reset to:

**January 8, 2002 at 2:45 p.m.**

Signed on  November 21 , 2001 at Brownsville, Texas.

Hilda Tagle
Hilda G. Tagle
United States District Judge