9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-01-139 |
| | § | |
| F/V 15 DE OCTUBRE I, F/V ESPERANZA V, | § | |
| F/V CAMARONES DEL GOLFO XII, | § | |
| F/V ROJIMAR I, F/V ROJIMAR II | § | |
| F/V NELIDA DELIA, F/V DON BACHO, | § | |
| F/V ESPERANZA III, F/V LAGUNA DE | § | |
| PANLAO IX, F/V SAN ANTONIO II, | § | |
| F/V TRITON IV, F/V TRITON I, | § | |
| F/V DON CEFE, F/V ASTURIANO, | § | |
| F/V MECOACAN II, F/V PONY CHIEF, | § | |
| F/V ALHAMBRA II, F/V MOJAVE CHIEF, | § | |
| F/V DON JUAN, F/V ANDRES GARCIA, | § | |
| F/V KULKULKAN XIV, F/V TAURO, | § | |
| F/V MARQUEZ VI, their engines, | § | |
| tackle, apparel and furniture, | § | |
| IN REM, | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFF'S MOTION FOR NON-SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VALLEY ICE & FUEL CO., INC., and files this its Motion for Non-Suit, and would respectfully show as follows:

I.

Plaintiff desires to non-suit the above-styled and numbered cause because the Defendant vessels have not yet come into the jurisdiction of this court.

The next probable season for the advent of such vessels will probably not be until July, 2002.

Plaintiff will file a similar action at such time.

WHEREFORE, premises considered, Plaintiff prays that this motion be granted in all respects.

Respectfully submitted,

By: _____
Dennis Sanchez
SBN: 17569600
Fed. ID: 1594
CCBN:  2004

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 546-3766 - Fax

ATTORNEYS FOR PLAINTIFF



## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

JAN 0 8 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Roberts    Lehrman |
| DATE | 01 – 08 – 02 |
| TIME | ___ a.m. – ___ a.m.<br>2:50 p.m. – 2:55 p.m. |
| CIVIL ACTION | B – 01 – 139 |
| STYLE | Valley Ice & Fuel Co., Inc.<br>*versus*<br>F/V de Octubre I, et al |

DOCKET ENTRY

(HGT) ■ Initial Pretrial Conference;    (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Dennis M. Sanchez

Attorney(s) for Defendant(s):   None

Comments:
Attorney Sanchez presented Judge Tagle with a motion for nonsuit. Judge Tagle granted the motion.
Attorney Sanchez indicated that he is likely to refile the suit in early summer of 2002.