IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-01-139 |
| | § | |
| F/V 15 DE OCTUBRE I, F/V ESPERANZA V, | § | |
| F/V CAMARONES DEL GOLFO XII, | § | |
| F/V ROJIMAR I, F/V ROJIMAR II | § | |
| F/V NELIDA DELIA, F/V DON BACHO, | § | |
| F/V ESPERANZA III, F/V LAGUNA DE | § | |
| PANLAO IX, F/V SAN ANTONIO II, | § | |
| F/V TRITON IV, F/V TRITON I, | § | |
| F/V DON CEFE, F/V ASTURIANO, | § | |
| F/V MECOACAN II, F/V PONY CHIEF, | § | |
| F/V ALHAMBRA II, F/V MOJAVE CHIEF, | § | |
| F/V DON JUAN, F/V ANDRES GARCIA, | § | |
| F/V KULKULKAN XIV, F/V TAURO, | § | |
| F/V MARQUEZ VI, their engines, | § | |
| tackle, apparel and furniture, | § | |
| IN REM, | § | |
| Defendants. | § | |
| | § | |

## ORDER GRANTING MOTION FOR NON-SUIT

CAME ON TO BE CONSIDERED, the Motion for Non-Suit filed by Plaintiff VALLEY ICE & FUEL CO., INC. This Court has considered said motion and is of the opinion that it should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be and is hereby dismissed without prejudice to any party.

Court costs are hereby adjudged against Plaintiff.

SIGNED FOR ENTRY this _8_ day of January, 2002.

_____
Judge Presiding